1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6                   FOR THE EASTERN DISTRICT OF CALIFORNIA
7
8   ROBERTO HERRERA,                          1:12-cv-01565-SKO (PC)

9              Plaintiff,                      ORDER REQUIRING PLAINTIFF TO FILE
                                               APPLICATION TO PROCEED IN FORMA
10       vs.                                   PAUPERIS OR PAY FILING FEE WITHIN
                                               FORTY-FIVE DAYS
11  HUU NGUYEN, et al.,
                                               (Doc. 2)
12             Defendants.
    _____/
13

14       Plaintiff, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. §

15  1983 on September 24, 2012.  Plaintiff filed a motion seeking leave to proceed in forma pauperis,

16  but the form application he submitted lacks the requisite authorization for the deduction of the filing

17  fee from Plaintiff's trust account as funds are available.  28 U.S.C. § 1915.

18       Accordingly, IT IS HEREBY ORDERED that:

19       1.   Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file

20            the attached application to proceed in forma pauperis, completed and signed, or in the

21            alternative, pay the $350.00 filing fee for this action;

22       2.   **No extension of time will be granted without a showing of good cause**; and

23       3.   **The failure to comply with this order will result in dismissal of this action,**

24            **without prejudice.**

25

26  IT IS SO ORDERED.

27  **Dated:    September 27, 2012**              _____/s/ Sheila K. Oberto_____
                                                  UNITED STATES MAGISTRATE JUDGE
28

-1-