# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>        Plaintiff,<br><br>    v.<br><br>HUU NGUYEN, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:12-cv-01565-SKO PC<br><br>ORDER DISMISSING COMPLAINT AND REQUIRING PLAINTIFF TO FILE LEGIBLE AMENDED COMPLAINT WITHIN THIRTY DAYS<br><br>(Doc. 1) |

      Plaintiff Roberto Herrera, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 24, 2012.

      The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or an officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). A complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief. . . ." Fed. R. Civ. P. 8(a)(2). Detailed factual allegations are not required, but "[t]hreadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice," Ashcroft v. Iqbal, 556 U.S. 662, 678, 129 S.Ct. 1937 (2009) (citing Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955 (2007)), and courts "are not required to indulge unwarranted inferences," Doe I v. Wal-Mart Stores, Inc., 572 F.3d 677, 681 (9th Cir. 2009) (internal quotation marks and citation omitted).

      In addition, Local Rule 130(b) requires that filings be clearly legible. In this instance, the Court finds that Plaintiff's complaint falls short of the requisite legibility. Plaintiff appears to be articulate and the issue lies with penmanship rather than with literacy. The Court will provide

Plaintiff with a complaint form and he is required to file a legible amended complaint. Plaintiff's letter and word formation must be legible and Plaintiff must use adequate spacing between words.[1]

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a complaint form;
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a legible amended complaint; and
3. The failure to comply with this order will result in dismissal of this action, without prejudice, for failure to obey a court order.

IT IS SO ORDERED.

**Dated:   March 21, 2013**          /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] Some of Plaintiff's filings in other cases are more legible. For example, Plaintiff's objection filed on January 7, 2013, in case number 1:12-cv-00982-AWI-MJS Herrera v. Nareddy is more legible than the pleading in this case due to larger letter formation, although spacing between words is still an issue.