# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA, | Case No. 1:12-cv-01565-SKO PC |
| Plaintiff, | ORDER DENYING MOTION FOR PRELIMNARY INJUNCTION |
| v. | (Doc. 16) |
| HUU NGUYEN, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff Roberto Herrera, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 24, 2012. On July 11, 2013, Plaintiff filed another motion seeking a preliminary injunction, this time for an order requiring prison officials to provide him with ten hours of yard time per week.

For the reasons previously articulated in the order filed on March 22, 2013, Plaintiff's motion is devoid of any support for a finding that he is entitled to the issuance of a preliminary injunction. Plaintiff lacks standing to seek a preliminary injunction, *Summers v. Earth Island Institute*, 555 U.S. 488, 493, 129 S.Ct. 1142, 1149 (2009); *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 559-61, 112 S.Ct. 2130 (1992); *Mayfield v. United States*, 599 F.3d 964, 969 (9th Cir. 2010), and notwithstanding his lack of standing, his desire for ten hours of yard time per week does not support a request for this extraordinary and drastic form of relief, 18 U.S.C. § 3626(a)(1)(A); *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20, 24, 129 S.Ct.

365 (2008); *Mazurek v. Armstrong*, 520 U.S. 968, 972, 117 S.Ct. 1865 (1997); *see also Pierce v. County of Orange*, 526 F.3d 1190, 1211-13 (9th Cir. 2008) (at least two days a week for at least two hours total per week sufficient exercise).

Accordingly, Plaintiff's motion for a preliminary injunction mandating additional yard time is HEREBY ORDERED DENIED.

IT IS SO ORDERED.

Dated:   **July 16, 2013**                              **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE