1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ROBERTO HERRERA, | Case No.  1:12-cv-01565-SKO (PC) |
| Plaintiff, | SECOND ORDER DISMISSING COMPLAINT AND REQUIRING PLAINTIFF TO FILE LEGIBLE SECOND AMENDED COMPLAINT WITHIN THIRTY DAYS |
| v. | |
| HUU NGUYEN, et al., | |
| Defendants. | (Doc. 23) |
| _____/ | |

11
12
13
14
15
16

17    Plaintiff Roberto Herrera, a state prisoner proceeding pro se and in forma pauperis, filed

18   this civil rights action pursuant to 42 U.S.C. § 1983 on September 24, 2012.  On March 13, 2013,

19   the Court dismissed Plaintiff's complaint as illegible and ordered Plaintiff to file a legible

20   amended complaint within thirty days.  After obtaining several extensions of time, Plaintiff filed

21   an amended complaint on August 28, 2013.

22    The Court is required to screen complaints brought by prisoners seeking relief against a

23   governmental entity or an officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  A

24   complaint must contain "a short and plain statement of the claim showing that the pleader is

25   entitled to relief. . . ."  Fed. R. Civ. P. 8(a)(2).  Detailed factual allegations are not required, but

26   "[t]hreadbare recitals of the elements of a cause of action, supported by mere conclusory

27   statements, do not suffice," *Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S.Ct. 1937 (2009) (citing

28   *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555, 127 S.Ct. 1955 (2007)), and courts "are not

1  required to indulge unwarranted inferences," *Doe I v. Wal-Mart Stores, Inc.*, 572 F.3d 677, 681

2  (9th Cir. 2009) (internal quotation marks and citation omitted).

3        In addition, Local Rule 130(b) requires that filings be clearly legible.  The Court once

4  again finds that Plaintiff's complaint falls short of the requisite legibility.  As previously stated,

5  Plaintiff appears to be articulate and the issue lies with penmanship rather than with literacy.  The

6  Court also again notes that some of Plaintiff's filings in other cases are noticeably more legible,

7  including  Plaintiff's objection filed on January 7, 2013, in case number 1:12-cv-00982-AWI-MJS

8  *Herrera v. Nareddy*.

9        The Court will provide Plaintiff with a complaint form.  Plaintiff is required to file a

10  legible second amended complaint.  Plaintiff's letter and word formation must be legible, and

11  Plaintiff must use adequate spacing between words.

12        **This is Plaintiff's final opportunity to file a legible complaint.**

13        Based on the foregoing, it is HEREBY ORDERED that:

14        1.        The Clerk's Office shall send Plaintiff a complaint form;

15        2.        Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a

16  legible second amended complaint not to exceed twenty-five pages; and

17        3.        **The failure to comply with this order will result in dismissal of this action,**

18  **without prejudice, for failure to obey a court order.**

19

20

21  IT IS SO ORDERED.

22  Dated:   __April 3, 2014__                              _____ /s/ Sheila K. Oberto__
                                                          UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28